**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 29, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-15-00079-CV

---

### IN RE JOHN W. SMALL, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law No. 1**
**Galveston County, Texas**
**Trial Court Cause No. 04-FD-2562**

---

### MEMORANDUM OPINION

On January 22, 2015, relator John W. Small filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable John Grady, presiding judge of the County Court at Law Number One of Galveston County, to dismiss the underlying litigation or, in the alternative, to rule on one or more motions relator purportedly filed with the trial court.

Relator has not satisfied his burden to demonstrate his entitlement to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.


PER CURIAM

Panel consists of Justices Christopher, Donovan, and Wise.